AO 91 (Rev. 02/09)  Criminal Complaint

*DOA 11-11-16*

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ciriaco Vasquez-Garcia, | ) Case No.  16 - 8491 MJ |
| a.k.a.: Ciriaco Vasquez, | ) |
| a.k.a.: Jaime Garcia Perez | ) |
| (A 205 835 250) | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 11, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ciriaco Vasquez-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about April 25, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  AUSA Brooke T. Afshari for AUSA Matthew Binford

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date:  November 12, 2016   *11:10 AM*
_____

_____
*Judge's signature*

City and state:   Phoenix, Arizona
_____

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 11, 2016, while following a lead, the Phoenix Mobile Criminal Alien Team (MCAT) encountered Ciriaco Vasquez-Garcia at 3030 S. 40th St. while conducting mobile surveillance in Phoenix. ICE officers with MCAT interviewed Vasquez-Garcia on scene and determined him to be a citizen of Mexico, illegally present in the United States.  On the same date, Vasquez-Garcia was transported to the Phoenix ICE office for further investigation and processing. Vasquez-Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ciriaco Vasquez-Garcia to be a citizen of Mexico and a previously deported criminal alien. Vasquez-Garcia was removed from the United States to Mexico at or near Laredo, Texas, on or about April 25, 2013,

1

pursuant to a removal order issued by an immigration official. There is no record of Vasquez-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vasquez-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ciriaco Vasquez-Garcia was convicted of Theft, a felony, in the District Court of Taylor County, Texas, on June 15, 2012.  Vasquez-Garcia was sentenced to twenty (20) months incarceration.  Vasquez-Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On November 11, 2016, Ciriaco Vasquez-Garcia was advised of his constitutional rights. Vasquez-Garcia freely and willingly acknowledged his rights and agreed to provide a statement under oath.   Vasquez-Garcia stated that his true and complete name is Ciriaco Vasquez-Garcia and that he is a citizen of Mexico.  Vasquez-Garcia stated that he illegally entered into the United States "6 mese", through "agva prieta", without inspection by an immigration officer.  Vasquez-Garcia further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6.  For these reasons, this affiant submits that there is probable cause to believe that on or about November 11, 2016, Ciriaco Vasquez-Garcia, an alien, was found in the United States of America at or near Phoenix,  in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about April 25, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to telephonically
this 12th day of November 2016.


John Z. Boyle,
United States Magistrate Judge

3